UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KAREN JONES,

                    **Plaintiff,**

-against-

SANTA ROSA CONSULTING, INC.,

                    **Defendant.**

-------------------------------------------------------------X

18-CV-11005 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The parties to this case reached an agreement in principle at a settlement conference facilitated by the Court on January 27, 2020. On Tuesday, January 28, 2020, the parties consented to my jurisdiction for the purpose of reviewing the fairness of their Fair Labor Standards Act settlement. The parties are instructed to submit the settlement agreement and a short cover letter stating why the Court should approve the settlement no later than Monday, March 02, 2020. The letter and settlement agreement shall be filed publicly on ECF unless a party can establish a basis for sealing these documents under the standard set forth in <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110 (2d Cir. 2006).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    February 24, 2020
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2020