IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2020
```

**KAREN JONES,**             :
individually and on behalf of :
all persons similarly situated, :
                             :    Civil Action No.: 18-CV-11005 (SN)
        **Plaintiff,**       :
                             :
        v.                   :
                             :
**SANTA ROSA CONSULTING, INC.,** :
                             :
        **Defendant.**       :

# ORDER

UPON CONSIDERATION of the Parties' Settlement Agreement and Joint Letter Motion for Approval of Settlement, the Motion is GRANTED as follows:

1. The Parties' Settlement Agreement and Release is approved, including the payments to Settlement Collective Members, the release of claims, the service payment to Named Plaintiff, and payment of attorneys' fees and reasonable costs as set forth therein.

2. The Settlement Collective is certified pursuant to 29 U.S.C. § 216(b) for the sole purpose of settlement.

3. This action is dismissed in its entirety with prejudice in full and final discharge of any and all Participating Collective Members' Released Claims.

4. This release shall not apply to or otherwise bar any claims asserted by any current or former W-2 employees of Santa Rosa seeking payment of wages for compensable time pursuant to 29 U.S.C. § 254(a), *et seq.* in the pending action entitled *Papadimitropoulos v. Santa Rosa Consulting, Inc.*, Case No. 19-11779 (E.D. Michigan).

5. This Court approves the designation of the Settlement Administrator and approval of Settlement Administrator fees.

6. This Court approves the proposed form of the Settlement Notice and method of distribution as the best notice practicable under the circumstances.

7. This Court approves the Parties' request that the docket remain open so that a Check Opt-in Form may be filed on the docket by Class Counsel on behalf of each Participating Collective Member, and further approves the Parties' proposed method of filing Check Opt-in Forms with the Court as fair, reasonable and sufficient to constitute a consent to

      join the Lawsuit, as required by 29 U.S.C. § 216(b), on behalf of each Participating Collective Member.

8.    This Court directs that the Gross Settlement Amount be distributed in accordance with the terms of the Parties' Settlement Agreement.

9.    This Court retains jurisdiction to interpret, implement, and enforce the terms of the Settlement Agreement and all orders and judgments entered in connection therewith.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:   May 26, 2020
          New York, New York