**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

KAREN JONES,

                              Plaintiff,                         **18-CV-11005 (SN)**

                  -against-                                      **ORDER**

SANTA ROSA CONSULTING, INC.,

                              Defendant.

-------------------------------------------------------------------x

**SARAH NETBURN, United States Magistrate Judge:**

        On May 26, 2020, the Court approved the parties' settlement agreement, which included

the parties' request that the case remain open so that the Check Opt-In forms could be filed with

the Court. The last form was filed on September 28, 2021. The parties are directed to file a status

letter regarding whether this case can now be closed. The letter shall be filed no later than

September 30, 2021.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      September 17, 2021
            New York, New York